IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR22 |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR DESTRUCTION |
| TYRONE B. ESTES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the United States' Motion to Destroy or

Otherwise Dispose of Returned Exhibits and Memorandum Brief (Filing No. 50) currently in the

possession of the Plaintiff.

Having received no objection from counsel for Defendants, the Court, for good cause

shown, grants the United States' Motion.

IT IS SO ORDERED this 8th day of February, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, CHIEF JUDGE
U.S. District Court Judge